# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-mj-00019-SAB |
|---|---|
| Plaintiff, | ORDER RE MOTION TO MODIFY CONDITION OF PROBATION |
| v. | |
| NICHOLAS A. COSTA, | |
| Defendant. | |

On November 7, 2016, Defendant Nicholas A. Costa filed a motion to modify a condition of probation. According to Defendant's motion, he self-surrendered to the United States Marshal on November 1, 2016 to serve his fifteen day sentence on his probation violation. Defendant was transported to the Fresno County Jail where he was attacked. Defendant is currently at the Community Regional Medical Center in a medically induced coma due to swelling and bleeding in his brain. It is unknown when Defendant will be released from the hospital. Defendant seeks to be immediately released from custody as it is not anticipated he will be released from the hospital prior to the termination of his sentence, and he may only have visits from immediate family members and his girlfriend is unable to visit him.

The Court shall require defense counsel to provide a copy of the Fresno County Jail incident report of the incident in which Defendant Castro was involved and a copy of Defendant's current medical record. These documents may be filed under seal. After receiving

the information, the Court shall determine if a hearing is necessary on the motion to modify probation. Additionally, if Defendant's girlfriend wishes to visit Defendant in the hospital, defense counsel shall provide the Court with the name of Defendant Castro's girlfriend. The Court will issue an order authorizing visitation subject to United States Marshal security requirements.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file a copy of the Fresno County Jail incident report and his current medical record as soon as practicable;

2. Defendant shall provide the Court with the name of his girlfriend if she wishes to visit Defendant in the hospital; and

3. This order will constitute the sealing order pursuant to L.R. 141 for the incident report and Defendant's current medical record.

IT IS SO ORDERED.

Dated: **November 8, 2016**

UNITED STATES MAGISTRATE JUDGE

2