# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS A. COSTA,<br><br>Defendant. | Case No. 1:15-mj-00019-SAB<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITION OF PROBATION<br><br>(ECF Nos. 33, 35, 36) |

On November 7, 2016, Defendant Nicholas A. Costa filed a motion to modify a condition of probation. According to Defendant's motion, he self-surrendered to the United States Marshal on November 1, 2016 to serve his fifteen day sentence on his probation violation. Defendant was transported to the Fresno County Jail where he was attacked. In her motion, counsel asserts that Defendant is currently at the Community Regional Medical Center ('CRMC") in a medically induced coma due to swelling and bleeding in his brain. The motion states it is unknown when Defendant will be released from the hospital and it is requested that he be immediately released from custody as he may only have visits from immediate family members and his girlfriend is unable to visit him. On November 8, 2016, an order issued requiring Defendant to provide the jail incident report and medical records. (ECF No. 34.) A response was filed on November 8, 2016. (ECF No. 35.) On November 9, 2016, a supplemental response was filed, and the jail incident report was filed under seal. (ECF Nos. 36.)

1

In the November 8, 2016 response, counsel asserts that she is unable to provide medical records due to HIPPA, however she received information from Defendant's father that the hospital was going to take Defendant off the ventilator to see if he could breathe on his own. (November 8, 2016 Decl. of Erin Snider ¶ 4, ECF No. 35.) Counsel also states that the United States Marshal has indicated that Defendant's girlfriend is authorized to visit Defendant. (Response to Court's November 8, 2016 Order re Motion to Modify Condition of Probation at p. 2, ECF No. 35.)

The November 9, 2016 declaration states that Defendant's girlfriend has provided an update on Defendant's condition and he is off the ventilator and breathing on his own. (November 9, 2016 Decl. of Erin Snider ¶ 3, ECF No. 36.) Defendant is able to talk but is difficult to understand and is able to remember some things, but not all. (Id.) Accordingly, the issue regarding visitation by Defendant's girlfriend appears to have been resolved.

At the request of the Court, the United States Marshal has also provided a report regarding Defendant's medical status. According to his attending physician, Defendant has made remarkable improvement and is in stable condition. The Court finds good cause exists to have this report filed under seal as it addresses Defendant's medical issues.

The Court has reviewed the incident report from the Fresno County Jail which has been filed under seal. (ECF No. 37.) The Court does not minimize the tragic incident that occurred in this instance, however, also considers that the report states that testing conducted at CRMC after the incident showed that Defendant was under the influence of an illegal substance on the date he voluntarily surrendered. (ECF No. 37-1 at 2.) Defendant was ordered to obey all laws while he was out of custody. (ECF No. 27.) The CRMC test results indicate that Defendant was continuing to violate his probation conditions up to the time of surrender, even after being sentenced to serve fifteen days in custody for his prior probation violations.

Defendant was sentenced on a probation violation because while he was on probation he was arrested twice for spousal battery, failed to appear for a review hearing, failed to make monthly fine payments, and failed to complete the community service hours ordered. (ECF Nos. 23, 31.) In this instance, Defendant's continued failure to comply with the conditions of his

probation after being sentenced on the probation violation does not warrant a reduction in the sentence imposed.

Therefore, the Court has considered the option of releasing Defendant from custody and requiring him to voluntarily surrender to serve the remainder of his sentence at a later date after he has recovered from his injuries. The Court notes that Defendant has served the majority of his imposed sentence and has only a few days left to serve. Given the circumstances here, the Court does not find that justice would be served by requiring Defendant to return to the jail at a later date to serve the remainder of his sentence. Therefore, the Court shall deny the request for modification of the sentence and Defendant will continue to remain in custody until his sentence has been served.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the conditions of his probation is DENIED; and
2. The Clerk of the Court is DIRECTED to file the United States Marshal's November 9, 2016 Field Report under seal.

IT IS SO ORDERED.

Dated: **November 10, 2016**

UNITED STATES MAGISTRATE JUDGE

3